■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HANNS W. STEUERWALD, Appellant.— Judgment of conviction unanimously affirmed. (Appeal from judgment of Erie County Court convicting defendant of grand larceny, second degree.)    Present — Williams, P. J., Bastow, Halpern, McClusky and Henry, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. BURNIE McCALL, Appellant.— Appeal dismissed upon the ground that the order is not appealable.  (See opinion by HALPERN, J., filed in *People ex rel. McCall* v. *Major,* (16 A D 2d 313).  (Appeal by defendant from order of Onondaga County Court denying an application for bail.)   Present — Williams, P. J., Bastow, Halpern, McClusky and Henry, JJ.

■ VIRGINIA KELLOGG et al., Infants, by VIRGINIA W. KELLOGG, Their Guardian ad Litem, Appellants, v. HOWARD KELLOGG, JR., et al., Respondents.— Motion for reargument denied; motion for leave to appeal to the Court of Appeals denied.  Present — Williams, P. J., Goldman, Halpern, McClusky and Henry, JJ.

■ PETER R. STURNER et al., Appellants, v. LOUIS COOK et al., Respondents.— Motion for leave to appeal to the Court of Appeals denied. Present — Bastow, J. P., Goldman, Halpern, McClusky and Henry, JJ.

■ (A) ELIZABETH A. BRONNER, an Infant, by Her Guardian ad Litem, M. DOROTHY BRONNER, Appellant, v. COUNTY OF ONONDAGA, Respondent. ANDREW J. BRONNER, Appellant, v. COUNTY OF ONONDAGA, Respondent. (B) GEORGINE B. HAIRSTON, Respondent, v. RICHARD HAIRSTON, Appellant, et al., Defendants.  (C) WILLIAM C. McCOMBS CO., INC., Respondent, v. KAZMIERA BRODOWCZYNSKI, Also Known as KATHERINE BRODIE, et al., Appellants.  (D) In the Matter of MICHAEL SEPIELLI et al., Appellants, v. HERMAN AUBE et al., Constituting the Town Board of the Town of Niagara, et al., Respondents. (E) VILLAGE OF NEW HARTFORD, Respondent, v. GEORGE WINN, Appellant, et al., Defendant.— [In each action]   Motion granted and appeal dismissed.

■ In the Matter of the Probate of the Will of GEORGE KLEIN, Deceased.— Motion to vacate order dismissing appeal denied.

■ PAULINE CALLAHAN, Appellant, v. SYRACUSE TRANSIT CORP. et al., Respondents.—Motion to reconsider and amend decision filed April 11, 1962 denied.

■ HAROLD BERNSTEIN, Appellant, v. HAROLD R. TYLER et al., Respondents. HAROLD R. TYLER, Respondent, v. HAROLD BERNSTEIN, Appellant. — Motion to prosecute as a poor person, and for other relief, denied.

■ TOWN OF WESTMORELAND, Appellant, v. E. R. HARRISON, Doing Business as HARRISON FURNITURE STORE, et al., Respondents.— Appeal dismissed unless records and briefs are filed and served on or before August 1, 1962.

■ ELMER SISSON, Appellant, v. EDWIN McKEEHAN, Respondent.— Motion granted to prosecute appeal on one typewritten record, five typewritten briefs, and otherwise denied; appeal dismissed unless record and briefs are filed on or before July 2, 1962.

■ VIRGINIA BRONISZEWSKI et al., Respondents, v. HAROLD NEWMAN, Appellant.— Motion to amend notice of appeal granted.  Memorandum:  The signing of the notice of appeal by the counsel for the attorney of record instead of by the attorney of record himself was an inadvertence which may be corrected under sections 105 and 107 of the Civil Practice Act.  (*Rothenberg* v. *Metzger,* 227 App. Div. 444.)

■ HENRY SLOMA, Doing Business as SLOMA BUILDING Co., Respondent, v. JAMES G. DAVIDSON et al., Appellants.— Application for final order of dismissal denied.